# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10420

_____

In re: HERBERT HIRSCH,
BONITA HIRSCH,

                                                          Petitioners.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No.

_____

_____

2                    Order of the Court                    25-10420

No. 25-10426

_____

In re: HARVEY BIRDMAN,

                                                                 Petitioners.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No.

_____

Before BRANCH, GRANT, and BRASHER, Circuit Judges.

BY THE COURT:

     Before this Court are two consolidated petitions for writs of mandamus filed by Petitioners Herbert and Bonita Hirsch and Petitioners Harvey and Diane Birdman. Petitioners ask this Court to issue writs of mandamus compelling the Tax Court to grant them jury trials on their respective petitions for redetermination of tax fraud penalties assessed against them by the Internal Revenue

25-10420  Order of the Court  3

Service. Petitioners' motion for leave to file a joint reply brief is GRANTED.

A writ of mandamus is "a drastic and extraordinary remedy reserved for really extraordinary causes amounting to a judicial usurpation of power or a clear abuse of discretion." *In re Wellcare Health Plans, Inc.*, 754 F.3d 1234, 1238 (11th Cir. 2014) (quotation marks omitted). A petitioner is entitled to the writ only if: (1) he has "no other adequate means to attain the relief he desires"; (2) he has a "clear and indisputable . . . right to issuance of the writ"; and (3) the issuing court determines, in the exercise of its discretion, that the writ is appropriate under the circumstances. *Rohe v. Wells Fargo Bank, N.A.*, 988 F.3d 1256, 1265 (11th Cir. 2021). The petitioner has the burden of showing that the petitioner has no other avenue of relief and that the right to relief is clear and indisputable. *Mallard v. United States District Court*, 490 U.S. 296, 309 (1989). Petitioners have not met that burden here.

Accoringly, the consolidated petitions for writs of mandamus are DENIED.