# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10420

_____

In re: HERBERT HIRSCH,
BONITA HIRSCH,

                                                       Petitioners.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No.

_____

_____

2          Order of the Court                    25-10420

No. 25-10426

_____

In re: HARVEY BIRDMAN,

                                                        Petitioners.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No.

_____

Before BRANCH, GRANT, and BRASHER, Circuit Judges.

BY THE COURT:

    Petitioners' "Petition for Panel Rehearing or Rehearing *En Banc*," which the Court construes as a motion for reconsideration of the order denying Petitioners' petitions for writs of mandamus, is DENIED.